UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRIANNA DEANDREA,

    Plaintiff,

v.                                            Case No. 8:17-cv-2195-T-AEP

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

    Defendant.
_____/

## ORDER

This cause comes before the Court on Plaintiff's Amended Unopposed Petition for Attorney Fees (Doc. 37). On March 27, 2019, this Court entered an Order reversing and remanding the case to the Commissioner for further administrative proceedings (Doc. 29). The Clerk entered judgment in favor of Plaintiff thereafter (Doc. 30). Accordingly, as the prevailing party, Plaintiff now requests an award of fees pursuant to the Equal Access to Justice Act ("EAJA"). *See* 28 U.S.C. § 2412(d)(1)(A); *cf. Shalala v. Schaefer*, 509 U.S. 292, 300-02 (1993) (concluding that a party who wins a sentence-four remand order under 42 U.S.C. § 405(g) is a prevailing party).

Initially, Plaintiff sought an award of attorneys' fees in the amount of $14,254.65 (Doc. 31), which the Commissioner opposed (Doc. 32). Plaintiff subsequently filed the instant amended unopposed petition seeking attorney's fees in the amount of $10,091.07 (Doc. 37). Specifically, Plaintiff seeks an award of $396.03 for two hours of work performed by Attorney Jeanette A. Kelly ("Ms. Kelly") and $9,695.04 for 48 hours of work performed by Attorney Charles Martin ("Mr. Martin").

Though the Commissioner does not oppose the amended request for attorneys' fees, the undersigned conducted a hearing to address the proposed award of attorney's fees to Mr. Martin, who is not admitted as an attorney of record in this case. As discussed during the hearing, the prevailing market rate for social security appeals for attorneys not admitted to practice in the Middle District of Florida is typically the reasonable hourly rate of a paralegal for such appeals, or $75.00 per hour. *See e.g.*, *Wood v. Comm'r of Soc. Sec.*, No. 2:15-cv-437-FtM-29CM, 2017 WL 2298190, at *3 (M.D. Fla. May 26, 2017); *Duffield v. Colvin*, No. 3:15-cv-1065-J-MCR, 2016 WL 6037306, at *2 (M.D. Fla. Oct. 14, 2016). Indeed, the Eleventh Circuit affirmed a district court's decision to award EAJA fees at a paralegal rate for attorneys not admitted to practice before the district court. *See Zech v. Comm'r of Soc. Sec.*, 680 F. App'x 858, 860 (11th Cir. 2017).

Given the lack of opposition by the Commissioner, however, Plaintiff shall be awarded the requested attorney's fees for Mr. Martin. To the extent that Ms. Kelly requests fees in the future on behalf of an attorney not admitted to practice in the Middle District of Florida or that any party requests attorney's fees in the future on behalf of Mr. Martin, such request shall include citations to *Wood*, *Duffield*, and *Zech*. Accordingly, it is hereby

ORDERED:

1. Plaintiff's Amended Unopposed Petition for Attorney Fees (Doc. 37) is GRANTED.

2. Plaintiff is awarded fees in the amount of $10,091.07. Unless the Department of Treasury determines that Plaintiff owes a federal debt, the government must pay the fees to Plaintiff's counsel in accordance with Plaintiff's assignment of fees (Doc. 37, Ex. B).

3. Any future attorney's fee request submitted by Ms. Kelly requesting fees on behalf of an attorney not admitted to practice in the Middle District of Florida and any future attorney's

fee request submitted on behalf of Mr. Martin shall include citations to *Wood*, *Duffield*, and *Zech*.

DONE AND ORDERED in Tampa, Florida, on this 31st day of July, 2019.

ANTHONY E. PORCELLI
United States Magistrate Judge

cc: Counsel of Record

3